# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                  :   NO. 546
                           :
APPOINTMENTS TO THE CRIMINAL   :   CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE    :   DOCKET

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of March, 2023, Ronald Eisenberg, Esquire, Philadelphia, and Gregg M. Blender, Esquire, Philadelphia, are hereby appointed as members of the Criminal Procedural Rules Committee for terms expiring January 1, 2029.